# Law Office of Maria D. Noto, P.C.
*746 Highway 34, Suite 8*
*Matawan, New Jersey 07747*
*(732) 441-9546     (732) 441-9547 Fax*

*Maria DelGaizo Noto**
*certified by the Supreme Court of New Jersey
 as a Criminal Trial Attorney

August 7, 2009

Honorable Michael A. Shipp, U.S.M.J.
U.S. District Court
District of New Jersey
M.L. King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   **Tosado v. Borough of Spotswood et als.**
      **Civil Action No.:  05-5112 (DRD)**

Dear Judge Shipp:

Please accept this letter in response to the Court's Order that counsel inform the Court of the outcome of the settlement discussion and advise whether a Settlement Conference should be scheduled.

The defendant CFG's response to the plaintiff's demand of $750,000. is a counter-offer of $35,000. Despite this fact, the parties are willing to appear for a Settlement Conference. It is respectfully requested that a conference not be scheduled prior to September as plaintiff's counsel will be on vacation for the last 2 weeks in August.

Thank you for the Court's assistance in this matter.

Respectfully submitted,

*/s/ **Maria D. Noto***

MARIA D. NOTO, ESQ.