UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

CLOSED

CATHERINE TOSADO, et al.,         :

          Plaintiffs,         :

     v.                              Civil No. 05-5112 (DRD)

                   :              O R D E R

BOROUGH OF SPOTSWOOD, et al.,    :

          Defendants.         :


It has been reported to the Court that the above-captioned matter has been settled,

It is on this  29th  day of  September, 2009,

ORDERED that this action be, and it hereby is, dismissed as to all litigants, without costs and without prejudice to the right, upon good cause shown within 60 days, to re-open this action if the settlement has not been consummated.  The court shall retain jurisdiction to enforce any settlement agreement.


                        DICKINSON R. DEBEVOISE
                    United States District Judge